UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PATRICK CHURCHVILLE, )<br>CLEARPATH WEALTH MANAGEMENT, LLC, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>CLEARPATH MULTI-STRATEGY FUND I, L.P., )<br>CLEARPATH MULTI-STRATEGY FUND II, L.P., )<br>CLEARPATH MULTI-STRATEGY FUND III, L.P., )<br>HCR VALUE FUND, L.P., )<br>)<br>Relief Defendants. )<br>) | Case No. 15-CV-00191-S-LDA |

**ORDER APPROVING RECEIVER'S MOTION FOR AUTHORIZATION TO TRANSFER CLEARPATH WEALTH MANAGEMENT, LLC INVESTMENT IN PHARMLOGIC, LLC TO INDIVIDUAL INVESTORS**

Stephen F. Del Sesto, as the Court-appointed Receiver for Defendants Patrick Churchville and ClearPath Wealth Management, LLC and Relief Defendants ClearPath Multi-Strategy Fund I, L.P., ClearPath Multi-Strategy Fund II, L.P., and ClearPath Multi-Strategy Fund III, L.P. (collectively "Receivership Entities") filed the Receiver's Motion For Authorization to Transfer ClearPath Wealth Management, LLC Investment in PharmLogic, LLC to Individual Investors (Document No. 181) on or about November 3, 2022. The deadline for Responses to be filed expired on November 17, 2022, with no Responses having been filed. Having considered the Receiver's Motion and there being no responses or objections filed,

1

#15534135v1

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Receiver's Motion is GRANTED.

2. The Receiver is authorized to execute any and all documents with PharmLogic necessary to effectuate the transfer of the ClearPath Wealth Management, LLC and/or its various affiliated funds' investment in PharmLogic, LLC, Drug Discovery Fund I and UPA (collectively "PharmLogic") to the individual investors set forth on the attached **Exhibit A** to this Order in the amounts invested by each individual investor as also set forth on **Exhibit A**.

3. The Receiver and PharmLogic shall cooperate as necessary to provide all documents necessary to effectuate such transfer to the individual investors set forth on Exhibit A as soon as possible.

4. The Receiver shall also provide the individual investors set forth on Exhibit A with a copy of the "Calculation of Value for PharmLogic, LLC's Effective Interest in OATD-01 Pharmaceutical Technology" prepared for the Receiver by Marcum.

5. The Receiver will update the Court on the status of the undertakings contemplated by this Order during the Receiver's Fee Application set down for hearing on December 15, 2022, at 2pm.

IT IS SO ORDERED, this   8   day of December, 2022.

_WESmith_
Honorable William E. Smith
UNITED STATES DISTRICT JUDGE